UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 0:22-cr-00155 (KMM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| LAQUELL MONTREAL KILGORE-HODGES, | |
| Defendant. | |

On June 20, 2023, United States District Judge Michael J. Davis sentenced Laquell Montreal Kilgore-Hodges to the custody of the Bureau of Prisons for 70 months, to be followed by a period of 3 years of supervised release. (Dkt. Nos. 121 & 122.) On September 16, 2024, Mr. Kilgore-Hodges' case was transferred to the undersigned. It is now before the Court on Mr. Kilgore-Hodges' Pro Se Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582. (Dkt. No. 148.)

The Court has carefully considered Mr. Kilgore-Hodges' request for a sentence reduction pursuant to 18 U.S.C. §3582(c). The Court declines to grant the requested reduction for several reasons.

First, the Court disagrees with Mr. Kilgore-Hodges that Judge Davis failed to consider his age and his lack of guidance as a young person when imposing sentence. In fact, Mr. Kilgore-Hodges' difficult childhood and adolescence were discussed in detail during the hearing, as was the fact that he had been in and out of an imperfect and abusive juvenile justice and child protection system. Not only were these matters addressed in the sentencing position submitted by Mr. Kilgore-Hodges (Dkt. No. 117), and the presentence report (Dkt. No. 107), but they were

addressed in his letter to the Court (Dkt. No. 120), which was read out loud during the hearing. Judge Davis commended Mr. Kilgore-Hodges on the programs he had been involved in during his pretrial incarceration. And, at the end, Judge Davis spoke directly to Mr. Kilgore-Hodges, giving him advice and encouragement about how to turn his life around.

Second, although the Court does not minimize that 70 months in prison is a substantial and serious sentence, the Court notes that it was a downward variance from the bottom of the advisory guidelines. It was also 16 months below the sentence requested by the government. It is clear from reviewing the transcript that Judge Davis carefully balanced the aggravating and mitigating circumstances before him in imposing that sentence. Moreover, this sentence cannot be described as "unusually long," such that a sentence reduction contemplated by U.S.S.G. §1B13(b)(6) would be appropriate.

Third, the Court disagrees with Mr. Kilgore-Hodges that Amendment 829 provides a basis to reduce his sentence. That Amendment contemplates downward departures when a defendant was either young at the time of the offense or at the time of prior convictions which operate to raise the guidelines. But that Amendment doesn't support a reduction in this case. First, that guideline provision was not made retroactive by the Sentencing Commission. But more critically, it is clear that Mr. Kilgore-Hodges' young age during his prior offenses was part of Judge Davis' calculus when imposing sentence. Indeed, his lack of guidance as a young person was a central theme of both his comments to Judge Davis and Judge Davis' comments to Mr. Kilgore-Hodges. This Court sees no basis to second guess Judge Davis's thoughtful analysis, and there is nothing in the new guideline that would support a reduced sentence.[1]

---

[1] Because the Court finds that Mr. Kilgore-Hodges' claim fails on the merits, it does not need to address the government's compelling arguments about exhaustion.

Finally, although the Court denies Mr. Kilgore-Hodges' motion for a sentencing reduction, the undersigned judge is impressed with the work Mr. Kilgore-Hodges is doing to change his life. It is clear he is taking advantage of programming opportunities and education while in custody. Mr. Kilgore-Hodges continues to demonstrate his commitment to rehabilitation and to his family with his conduct within the BOP. The Court looks forward to seeing what Mr. Kilgore-Hodges can accomplish when he is released from custody.

Date: September 19, 2025

                                                 *s/Katherine Menendez*
                                                 Katherine Menendez
                                                 United States District Judge